CHARLES L. DOUGLAS, Appellant, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

575 WEST 159TH STREET CO., INC., Appellant, v. DAVID H. EDELSOHN, Respondent.— Motion for reargument denied, with ten dollars costs.* Present — Lazansky, P. J., Rich, Young and Kapper, JJ.; Scudder, J., taking no part.

HELEN GAMSEY, Plaintiff, v. KRACHAN REALTY CORPCRATION and Others, Defendants. LEWIS, DE MICCO & TEPEDINO CORPORATION and Others, Appellants; RAE FINANCE CORPORATION and Others, Respondents.— Application for stay granted upon condition that, within five days from the entry of the order herein, the appellant making this motion procure and file a bond with corporate surety in the sum of $500 to indemnify the respondent for the costs and disbursements of the appeal and the difference between the legal rate of interest and the amount allowed by the chamberlain upon the fund now deposited with him. If such bond be not given, the motion is denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

J. EDWIN GOLDMAN, Respondent, v. NICKLAM HOLDING CORPORATION, Appellant.— Motion to dismiss appeal denied on condition that the appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

HELEN HALL, Appellant, v. JOSEPHINA BRODERIGE, ARTHUR MULLICK and EDWARD J. ATWELL, as Sheriff of the County of Richmond, Respondents.— Motion for stay granted upon condition that appellant, within five days from the entry of the order herein, furnish a bond, with corporate surety, in the sum of $2,000 to indemnify defendant Mullick for loss which he may sustain by reason of the granting of the stay; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

In the Matter of the Application of THE EVELYN GOLDSMITH HOME FOR CRIPPLED CHILDREN, INC., Respondent, v. MAURICE E. CONNOLLY, President of the Borough of Queens, and MICHAEL COSGROVE, Commissioner of Docks of the City of New York, Appellants.— Motion to withdraw appeal granted upon payment of twenty dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

HENRY D. LANGLING COMPANY, Appellant, v. F. ELFLEIN REALTY COMPANY, INC., and Others, Respondents.— Motion to dismiss appeal granted, with costs, and ten dollars costs of motion. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

LA PAUL SERVICE STATION, INC., Appellant, v. SPIEGLAG CORPORATION and Others, Respondents.— Motion for stay pending appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.